Cite as 2025 Ark. 75
# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE COMMITTEE ON MODEL JURY INSTRUCTIONS-CRIMINAL | **Opinion Delivered:** May 15, 2025 |

## PER CURIAM

The court appoints the Honorable Stephen Shirron of Sheridan, Circuit Judge, 7th Judicial Circuit, Adam Jackson of Little Rock, Deputy Prosecuting Attorney, Joseph Karl Luebke of Little Rock, Assistant Attorney General, Brent Standridge of Benton, Public Defender, and Dan Turner of Arkadelphia, Prosecuting Attorney, 9th East Judicial Circuit for three-year terms to expire on February 29, 2028. The court extends its appreciation to these new members for their willingness to serve on this important Committee.

The Honorable Mike Medlock of Van Buren, Circuit Judge, 21st Judicial Circuit, Erin Cassinelli of Little Rock, and David Raupp of Little Rock, Chief Public Defender, are reappointed to the Committee for three-year terms to expire on February 29, 2028. The court thanks them for their continued service on this Committee.

The court expresses its gratitude to David Ethredge of Mountain Home, Prosecuting Attorney, 14th Judicial Circuit, the Honorable Alex Guynn of Pine Bluff, Circuit Judge, 11th West Judicial Circuit, Robby Golden of Little Rock, Jeff Rosenzweig of Little Rock, and Caitlin Bennett of Little Rock, whose terms have expired, and for their years of valuable service to this Committee.